IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PABLO CRUZ,<br><br>    Petitioner,<br><br>vs<br><br>WARDEN JOE SIVLEY and the<br>BUREAU OF PRISONS,<br><br>    Respondents. | CIVIL ACTION NO. 98-S-0521-E |

**ENTERED**
APR - 9 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petition filed under 28 U.S.C. § 2241 is due to be dismissed and the petitioner's claims denied. An appropriate order will be entered.

DONE, this 9th day of April, 1999.

_____
UNITED STATES DISTRICT JUDGE